**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

EDWARD MICHAEL STRAUSS            )
                                 )
        PLAINTIFF,               )
                                 )        Cause No. **2 : 1 9 CV 0 4 2 3**
                                 )
    vs.                          )
                                 )
UNITED STATES POSTAL SERVICE,    )
JANE DOE (OFFICIAL AND INDIVIDUAL )        **JURY TRIAL DEMAND**
CAPASITY), JILL DOE (OFFICIAL AND )
INDIVIDUAL CAPASITY), YOUTUBE LLC )
                                 )        **-FILED-**
                                 )
        DEFENDANTS               )        NOV 05 2019

At _____ M
ROBERT N. TROUBACH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**PLAINTIFF'S COMPLAINT FOR DAMAGES**
**AND DEMAND FOR JURY TRIAL**

Comes now the Plaintiff, Edward Michael Strauss ("Strauss"), pro se, hereby files his

Complaint for Damages and Demand for Jury Trial against the United States Postal Service, Jane

Doe, and Jill Doe, until their names be made known, jointly and severally. Plaintiff alleges and

states the following:

**PARTIES VENUE AND JURISDICTION**

1.  Plaintiff, Edward Strauss, is a citizen of the United States of America, State of Indiana and, at all

    relevant times, was a resident of the City of Gary, located in Lake County, Indiana.

2.  Defendant Jane Doe; was an agent of the United States Postal Service; and at all times

    relevant hereto acting under the color of state law as employees of the United States Postal

    Service.

3.  Defendant Jane Doe; was an agent of the United States Postal Service; and at all times

relevant hereto acting under the color of state law as employees of the United States Postal Service.

4. Defendant United States Postal Service is a governmental agency doing business in the Town of Merrillville, County of Lake, State of Indiana.

5. Defendant YouTube LLC is a corporation operating in the jurisdiction of the the Northern District doing business in the Town of Merrillville, County of Lake, State of Indiana via it's website: youtube.com.

6. Venue is proper pursuant to 28 U.S.C. § 1391(e) in that all Defendants are located within the judicial district of the United States District Court for the Northern District of Indiana and/or all or a substantial part of the events giving rise to the claims occurred in the Northern District of Indiana.

7. This Court has original jurisdiction over the subject matter of this Complaint pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 1985, and 28 U.S.C. § 1331.

## SUMMARY OF RELEVANT FACTS

8. Plaintiff, Edward Strauss, herein incorporates by reference paragraphs one (1) through six (6) as if set out in their entirety herein.

9. On or about October 21st, 2019 @ approximately 6:55 pm Strauss entered the United States Postal Service facility's lobby during posted hours of operation, located in Merrillville, IN. He waited a couple minutes for another individual to arrive to conduct business. The other individual arrived and conducted his business. That individual was the last person to conduct business for the day at the front counter. Jane and Jill Doe then closed the counter window down by lowering the metal roller door from the ceiling.

10. The other individual whom was with Strauss had raised concern over the way one of the postal employees was doing her job during the interaction and went to another whom completed the transaction for him. This interaction can be found at the following link: https://www.youtube.com/watch?v=wZA2p4h471o At no time did Strauss interact with the postal employees or cause a disturbance in general.

11. After the lobby window was closed the individual whom was with Strauss went over to the counters in the lobby for the use of mailing out additional mail and prepared additional mail to be sent out. At no time during that time  did Strauss cause a disturbance nor was he ever accused of causing a disturbance.

12. While that individual was prepping mail to be sent out an Officer with the Merrillville Police Department walked in looking for the person whom had created a disturbance and was trespassing. An altercation occurred after this with local police. Thus leading to a story being published by Strauss and the release of several videos.

13. A copy of the video linked above was one of those videos. It was originally located at: https://www.youtube.com/watch?v=MwXmIxaDd78 however a false privacy complaint was submitted to YouTube claiming a privacy violation according to YouTube's policies. STRAUSS received a notification of this report to YouTube on October 22nd, 2019 at 10:01 pm via email. That notice can be found here: https://drive.google.com/open?id=15LRYDakDZ2b_7zcx-iwwWKao1Lt-UedP Then on October 25th, 2019 Strauss received an email stating that the video had been removed for privacy violations. This email can be seen here: https://drive.google.com/open?id=1K3-CNwvbbO_sp-EGSn1A7HLBGYq4bRE-

14. That at all times relevant to this Complaint herein, Strauss contends that Strauss' rights under the first amendment to the United States Constitution were violated when the postal workers Jane and/or Jill Doe colluded with YouTube LLC to interfere with his right to freedom of speech, specifically publishing the recording of public officials in their official capacity for a public interest. In ACLU vs. Alvarez, the court stated that the act of making an audio or audio visual

recording is necessarily included within the first amendment's guarantee of freedom of speech and press rights as a corollary of the right to disseminate the resulting recording. The court also found that restricting the use of an audio visual recording device suppresses speech just as effectively as restricting the dissemination of the resulting recording. In this case Strauss' recording of public officials in the course of their duties in a public unrestricted environment is protected by the first amendment. Strauss was recording postal workers while they were in the course of their official duties in public. Strauss' actions were lawful activity as protected under the first amendment. The act of restricting the publication of said recording is a direct violation of his first amendment rights. Strauss publishes news worthy content via his YouTube account: http://www.youtube.com/c/NomenNescioACP and at http://www.NINewsmakers.com/ Indiana is a one party consent state and therefore no authorization is required nor notification needed to record a person via audio or video in public. Therefore the postal workers and YouTube LLC burdened and infringed upon Strauss' first amendment rights because Strauss did not commit any unlawful activity by recording the postal workers as seen in the video.

15. That at all times relevant to this Complaint, as a direct and proximate result of the intentional, deliberate indifference, and reckless behavior, that the United States Postal Service, Jane Doe, Jill Doe, and YouTube LLC caused, Strauss sustained and incurred compensatory damages due to these events along with ongoing extreme emotional distress due to needlessly aggravating Strauss' PTSD symptoms, and will continue to suffer these damages in the future.

### COUNT I
### FEDERAL CLAIM AGAINST POSTAL WORKERS JANE AND JILL DOE
### 42 U.S.C. §1983

16. Comes now Edward Strauss, and for Count I of his cause of action against Jane and Jill Doe's, and herein incorporates by reference the allegations as set forth in paragraphs one (1) through

fifteen (15) of Plaintiff Complaint for Damages as if set out in their entirety herein.

17. On or about October 22nd, 2019 Postal Workers Jane and/or Jill Doe acted under color of custom or policy when they reported to YouTube LLC a Privacy Violation for a video that was lawfully recorded and distributed in the Town of Merrillville, County of Lake, State of Indiana with the intent to restrict the further publication of it's public interest content of the interactions with a government official.

18. Defendants Jane and/or Jill Doe's acts were a proximate cause of a deprivation of Strauss's rights and privileges as guaranteed by the United States Constitution.

19. Defendants Jane and/or Jill Doe's conduct deprived Strauss of his rights, privileges, and immunities guaranteed by the First Amendment of the United States Constitution in violation of 42 U.S.C. § 1983.

20. Defendants Jane and/or Jill Doe's conduct deprived Strauss of his right to freedom of speech as secured by the First Amendment of the United States Constitution in violation of 42 U.S.C. § 1983.

21. Defendants Jane and/or Jill Doe's acted in reckless or callous disregard of Strauss's rights protected by the Constitution and laws of the United States and/or Defendants Jane and/or Jill Doe's intentionally violated federal law.

22. As a direct and proximate result of the careless, intentional, callous, and reckless behavior of Defendants Jane and/or Jill Doe's , Strauss sustained serious and permanent emotional distress; and will likely continue to suffer these damages in the future.

WHEREFORE, Edward Strauss demands judgment against Defendants Jane and/or Jill Doe's that will fully and fairly compensate him for his losses and damages, for prejudgment interest, for post judgment interest, attorney fees, punitive damages, and for all other relief just and proper.

## COUNT II
### FEDERAL CLAIM AGAINST POSTAL WORKERS JANE AND JILL DOE
### 42 U.S.C. §1985

23. Comes now Edward Strauss, and for Count II of his cause of action against Defendants Jane and/or Jill Doe, and herein incorporates by reference the allegations as set forth in paragraphs one (1) through twenty-two (22) of Plaintiff Complaint for Damages as if set out in their entirety herein.

24. On or about October 22nd, 2019 Defendants Jane and/or Jill Doe's acted under color of custom or policy when they conspired with YouTube LLC a report of a Privacy Violation for a video that was lawfully recorded and distributed in the Town of Merrillville, County of Lake, State of Indiana with the intent to restrict the further publication of it's public interest content of the interactions with a government official.

25. Defendants Jane and/or Jill Doe's acts were a proximate cause of a deprivation of Strauss's rights and privileges as guaranteed by the United States Constitution.

26. Defendants Jane and/or Jill Doe's conduct deprived Strauss of his rights, privileges, and immunities guaranteed by the First Amendment of the United States Constitution in violation of 42 U.S.C. § 1985.

27. Defendants Jane and/or Jill Doe's conduct deprived Strauss of his right to freedom of speech as secured by the First Amendment of the United States Constitution in violation of 42 U.S.C. § 1985.

28. Defendants Jane and/or Jill Doe's acted in reckless or callous disregard of Strauss's rights protected

by the Constitution and laws of the United States and/or Defendants Jane and/or Jill Doe's intentionally violated federal law.

29. As a direct and proximate result of the careless, intentional, callous, and reckless behavior of Defendants Jane and/or Jill Doe's, Strauss sustained serious and permanent emotional distress; and will likely continue to suffer these damages in the future.

WHEREFORE, Edward Strauss demands judgment against Defendants Jane and/or Jill Doe's that will fully and fairly compensate him for his  losses and damages, for prejudgment interest, for post judgment interest, attorney fees, punitive damages, and for all other relief just and proper.

## COUNT III
### FEDERAL CLAIM AGAINST YOUTUBE LLC
### 42 U.S.C. §1985

30. Comes now Edward Strauss, and for Count III of his cause of action against YouTube LLC, and herein incorporates by reference the allegations as set forth in paragraphs one (1) through twenty-nine (29) of Plaintiff Complaint for Damages as if set out in their entirety herein.

31. On or about October 25th, 2019 Defendant YouTube LLC acted under color of custom or policy when they conspired with Defendants Jane and/or Jill Doe on a report of a Privacy Violation for a video that was lawfully recorded and distributed in the Town of Merrillville, County of Lake, State of Indiana with the intent to restrict the further publication of it's public interest content of the interactions with a government official.

32. Defendant YouTube LLC's acts were a proximate cause of a deprivation of Strauss's rights and privileges as guaranteed by the United States Constitution.

33. Defendant YouTube LLC's conduct deprived Strauss of his rights, privileges, and immunities guaranteed by the First Amendment of the United States Constitution in violation of 42 U.S.C. §

1985.

34. Defendant YouTube LLC's conduct deprived Strauss of his right to freedom of speech as secured by the First Amendment of the United States Constitution in violation of 42 U.S.C. § 1985.

35. Defendant YouTube LLC's acted in reckless or callous disregard of Strauss's rights protected by the Constitution and laws of the United States and/or Defendant YouTube LLC intentionally violated federal law.

36. As a direct and proximate result of the careless, intentional, callous, and reckless behavior of Defendant YouTube LLC, Strauss sustained serious and permanent emotional distress; and will likely continue to suffer these damages in the future.

37. WHEREFORE, Edward Strauss demands judgment against Defendant YouTube LLC that will fully and fairly compensate him for his losses and damages, for prejudgment interest, for post judgment interest, attorney fees, punitive damages, and for all other relief just and proper.

## COUNT IV
### FEDERAL CLAIM AGAINST THE UNITED STATES POSTAL SERVICE
### 42 U.S.C. §1983

38. Comes now Edward Strauss, and herein incorporates by reference the allegations as set forth in paragraphs one (1) through thirty-seven (37) of Plaintiffs' Complaint for Damages as if set out in their entirety herein.

39. Defendant, the United States Postal Service, deprived Strauss of his rights guaranteed by the United States Constitution by maintaining a policy, custom, or practice of deliberate indifference towards employee misconduct, by and through the United States Postal Service, such that disciplinary action rarely, if ever, results from citizen complaints and/or employee misconduct and employee's have no reason to fear disciplinary action for misconduct with civilians.

40. Defendant, the United States Postal Service, deprived Strauss of his rights guaranteed by the United States Constitution by maintaining a policy, custom, or practice of deliberate indifference, by and through the United States Postal Service, towards the need for investigation of the use of excessive reporting of acts which are lawful and yet are deemed privacy violations to prevent the dissemination of such recorded acts by public employee's against civilians such that employee's have no reason to fear disciplinary action or criminal prosecution for unlawful acts.

41. Defendant, the the United States Postal Service, deprived Strauss of his rights guaranteed by the United States Constitution by maintaining a policy, custom, or maintaining a "code of silence," by and through the United States Postal Service, such that employee's have no reason to fear that their misconduct would be revealed and such that they have reason to believe that they would be effectively immune if a complaint was filed.

42. Defendant, the United States Postal Service, deprived Strauss of his rights guaranteed by the United States Constitution by maintaining a policy, custom, or practice of deliberate indifference, by and through the United States Postal Service, to a pattern of excessive force by public employee's against citizens.

43. Defendant, the United States Postal Service's conduct in maintaining unlawful official policies, customs, and practices, by and through the United States Postal Service, proximately caused Strauss's injuries and damages.

WHEREFORE, Edward Strauss demands judgment against the the United States Postal Service that will fully and fairly compensate him for his losses and damages, for prejudgment interest, for post judgment interest, attorney fees, punitive damages, and for all other relief just and proper.

## COUNT VI
## INTENTIONAL WILLFUL AND WANTON MISCONDUCT
## AGAINST ALL THE DEFENDANTS

44. Comes now Edward Strauss, and herein incorporates by reference the allegations as set forth in paragraphs one (1) through forty-three (43) of Plaintiffs' Complaint for Damages as if set out in their entirety herein.

45. That the wrongful conduct of all Defendants as alleged herein constitutes bad faith and wanton, willful and malicious conduct in that Defendants acted or failed to act when they knew or had reason to know that their conduct created unreasonable risk of physical and/or emotional damage to Strauss, and that a high probability that substantial harm would result.

46. Strauss requests the following relief:

   a. Award compensatory damages to Plaintiff against the Defendants in an amount in excess of $1,000, jointly and severally.

   b. Award punitive damages to the Plaintiff against each Defendant in an amount determined by the triers of fact request damages to exceed $1,000,000, jointly and severally.

   c. Award reasonable attorney fees and costs to the Plaintiff on all Counts of the Complaint; and

   d. Award such other and future relief as this Court may deem appropriate under 42 U.S.C. §1983 and 42 U.S.C. §1985 et seq.

## JURY DEMAND

COMES NOW the Plaintiff, Edward Michael Strauss, pro se, and makes demand for trial by jury.

Dated November 5th,, 2019.

Respectfully Submitted,

**Edward Michael Strauss**, pro se
4140 E. 11th Place
Gary, IN 46403
(219)-230-6446