UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| EDWARD MICHAEL STRAUSS,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | CAUSE NO.: 2:19-CV-423-TLS-JEM |
| UNITED STATES POSTAL<br> SERVICE, *et al*.,<br>    Defendants. | )<br>)<br>) | |

**REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE PURSUANT TO
28 U.S.C. § 636(b)(3) and Local Rule 72-1**

This matter is before the Court *sua sponte*. On April 23, 2020, the Court ordered Plaintiff, who is proceeding *pro se*, to file proposed summonses to serve the United States agencies required to serve the United States Postal Service, reminding Plaintiff that his previous summons directed to the "Post-Master U.S.P.S." was returned as undeliverable.

Federal Rule of Civil Procedure 4 provides, in relevant part, that "[i]f a defendant is not served within 90 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).The deadline for Plaintiff to file the proposed summonses was June 15, 2020, but no summons, proof of service, or request for extension of the time to serve has been filed, despite reminders from the Court that failure to effect service may result in dismissal of the claims against Defendant United States Postal Service.

Accordingly, in light of Plaintiff's failure to effect service on Defendant United States Postal Service within the time allotted to do so or to request an extension of that deadline, the Court

1

**RECOMMENDS** that the District Court **DISMISS** the claims against Defendant United States Postal Service in this case **without prejudice** for lack of service.

This Report and Recommendation is submitted pursuant to 28 U.S.C. § 636(b)(1)(B). Pursuant to 28 U.S.C. § 636(b)(1), the parties shall have fourteen (14) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989).

SO ORDERED this 10th day of February, 2021.

 s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc:   All counsel of record  
      Plaintiff, *pro se*  
      Judge Theresa L. Springmann